

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-19-00714-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County Attorney,
Appellants

v.

James T. 'Tully' **SHAHAN,** In His Official Capacities as County Judge; Mark Frerich, In His Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward, In His Official Capacity as County Commissioner; Kinney County Commissioners Court and Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On April 7, 2020, appellee filed a Motion to Dismiss for Want of Prosecution. We **ORDER** appellant to respond to appellee's motion on or before **April 20, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court